**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| In re: ) | |
| ) | |
| Demitri Stavropolous, ) | |
| ) | |
| Debtor. ) | Chapter 7 |
| ) | |
| ------------------------------------------------------- ) | Case No.: 12-46621 |
| Ralph Montagano, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Adversary No. 13-A-726 |
| ) | |
| Demitri Stavropolous, ) | |
| ) | |
| Defendants. ) | |

**MOTION TO COMPEL DISCOVERY, EXTEND DISCOVERY CUTOFF, OR**
**DISMISS FOR WANT OF PROSECUTION**

Defendant, Demitri Stavropolous ("Stavropolous"), respectfully requests that this Court compel discovery, extend the discovery cutoff, or dismiss this matter for want of prosecution. In support of his motion, Stavropolous states as follows:

1. Plaintiff's material allegation in this matter is that Stavropolous is secretly operating various gentlemen's clubs in Ohio, Indiana, Texas, and Illinois. The allegations will presumably require out of state depositions.

2. Plaintiff's lead counsel, Arnold Landis, has yet to furnish Stavropolous' counsel with 26(a)(1) disclosures, despite promising them by July 31, 2013 in response to a complaint from Defendant's lead counsel Adam Goodman, and despite an October 10, 2013 discovery cutoff. Yet another complaint to Mr. Landis' office today revealed that Mr. Landis is not expected to return from vacation until August 19, 2013. He does, reportedly, have an associate or associates, although he/she/they were not available and have yet to call back.

1

3.      Plaintiff also failed to attend the pretrial conference in this matter.

WHEREFORE, Stavropoulos respectfully requests this Court enter an order (1) setting an appropriate deadline for Plaintiff to furnish Stavropoulos with his 26(a)(1) disclosures; (2) extending the October 10, 2013 discovery cutoff; or (3) dismissing the matter for want of prosecution, along with any such further relief that this Court deems appropriate under the circumstances.

August 6, 2013                                                          Respectfully Submitted,

                                                                        **Demitri Stavropoulos**


                                                                        ___/s/ Adam Goodman_____
                                                                        One of his attorneys

Adam Goodman (6229333)
Goodman Tovrov
  Hardy & Johnson LLC
105 West Madison Street, Suite 1500
Chicago IL 60602
(312) 238-9592
(312) 264-2535 (fax)
adam@thegoodmanlawoffices.com

2